

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00289-CV

**IN RE** Barbara Ann **JOHNSON**

Original Proceeding[1]

PER CURIAM

Sitting:      Lori I. Valenzuela, Justice
              H. Todd McCray, Justice
              Velia J. Meza, Justice

Delivered and Filed: April 22, 2026

PETITION FOR WRIT OF MANDAMUS DENIED

Relator, Barbara Ann Johnson, filed her petition for writ of mandamus on April 8, 2026. Having considered the petition and record provided, this court has determined that Johnson has not established that she is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a). The petition for writ of mandamus is denied.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2026CI02677, styled *Barbara Ann Johnson v. Carmen Maria Johnson*, pending in the 131st Judicial District Court, Bexar County, Texas, the Honorable Nicole Garza presiding.